169 So. 911

### Robert POOL v. STATE.
### 6 Div. 27.

Court of Appeals of Alabama.
June 15, 1936.

PER CURIAM.

Appeal dismissed on motion of appellant.

169 So. 912

### Henry POOL v. STATE.
### 6 Div. 28.

Court of Appeals of Alabama.
June 15, 1936.

PER CURIAM.

Appeal dismissed on motion of appellant.

169 So. 912

### Henry POOL v. STATE.
### 6 Div. 29.

Court of Appeals of Alabama.
June 15, 1936.

PER CURIAM.

Appeal dismissed on motion of appellant.

167 So. 923

### Albert POPE v. STATE.
### 4 Div. 193.

Court of Appeals of Alabama.
Nov. 12, 1935.

Rehearing Denied March 17, 1936.

Mooneyham & Mooneyham, of Montgomery, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

174 So. 904

### George PORTER v. STATE.
### 6 Div. 79.

Court of Appeals of Alabama.
May 11, 1937.

BRICKEN, Presiding Judge.

Affirmed.

169 So. 912

### PORTER COAL CO. v. Percy O. COSBY.
### 6 Div. 6.

Court of Appeals of Alabama.
Oct. 6, 1936.

Cabaniss & Johnston, of Birmingham, for appellant.

Harsh, Harsh & Hare, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.